**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 95-30769
Summary Calendar

IN THE MATTER OF:  BENNETT'S MACHINE SHOP, INC.,

Debtor.

_____

W. PATRICK BENNETT,

Appellant,

VERSUS

RUDY O. YOUNG,

Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
(SA-94-CV-417)

January 8, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

This is an appeal from a judgment of the district court entered on July 25, 1995, which affirmed a judgment of the bankruptcy court entered on February 9, 1995, which was based on Reasons For Judgment filed by the bankruptcy court also on February

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

9, 1995.  We have carefully reviewed the briefs, the reply brief, the record excerpts and relevant portions of the record itself. Based on such review, we have determined that the findings of fact made by the bankruptcy court in its Reasons For Judgment are not clearly erroneous and the conclusions of law reached by the bankruptcy court in its Judgment and affirmed by the district court are correct and proper under applicable law.  Accordingly, the Judgment of the district court appealed from herein is AFFIRMED.